No. 83–5198.   WILLIAMS v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 83–5224.   THOMPSON v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 83–5274.   FITZPATRICK v. SMITH, SUPERINTENDENT, AT-TICA CORRECTIONAL FACILITY.   Ct. App. N. Y.   Certiorari denied.

No. 83–5283.   HOPKINS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–5316.   OLIVER ET AL. v. HUNTINGDON COUNTY COM-MISSIONERS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–5393.   DOLLAR ET AL. v. HARALSON COUNTY, GEOR-GIA.   C. A. 11th Cir.   Certiorari denied.

No. 83–5397.   ZERMAN v. JACOBS ET AL.   C. A. 2d Cir.   Cer-tiorari denied.

No. 83–5404.   WEST v. MISSISSIPPI.   Sup. Ct. Miss.   Certio-rari denied.

No. 83–5405.   OWENS v. BARNES, DAUPHIN COUNTY BUREAU OF ELECTIONS, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–5425.   BRUCE v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 83–5426.   FINCH v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 83–5428.   BENNETT v. TEXAS ET AL.   C. A. 5th Cir. Certiorari denied.

No. 83–5429.   GADDY v. NEW YORK.   Ct. App. N. Y.   Certio-rari denied.

No. 83–5430.   LAMORE v. INLAND DIVISION OF GENERAL MO-TORS CORP. ET AL.   C. A. 6th Cir.   Certiorari denied.